O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRYANT KEITH WILLIAMS, | ) | Case No. CV 10-04053-AG (OP) |
| | ) | |
| Petitioner, | ) | J U D G M E N T |
| v. | ) | |
| | ) | |
| MIKE McDONALD, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the Order Adopting Findings, Conclusions, and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: July 31, 2011

HONORABLE ANDREW J. GUILFORD
United States District Judge

Prepared by:

HONORABLE OSWALD PARADA
United States Magistrate Judge